SCANNED at MCF and Emailed on
3/8/22 by [initials] 12 pages
(date) (initials) (num)

Pro Se 14 (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Reginald Bowers
[You are the PLAINTIFF, print your full name on this line.]

v.

SGT Holt, Officer Williams
[The DEFENDANT is who you are suing. Put ONE name on This line. List ALL defendants below, including this one.]

Case Number  3:22-cv-185

[For a new case in this court, leave blank. the court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Correctional Officers Williams, SGT Holt, SGT Hensley, Officer Risch | Miami Correctional Facility 3038 West 850 South Bunker Hill IN, 46914 |
| 2 | [Put the names of any other defendants in these boxes.] Warden Hyatte | Miami Correctional Facility 3038 West 850 South Bunker Hill IN, 46914 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 5

2. What is the name and address of your prison or jail? Miami Correctional Facility 3038 West 850 South, Bunker Hill, IN 46914-9810

3. Did the event you are suing about happen there? ☑ Yes.  ○ No, it happened at: _____

4. On what date did this event occur? 2/21/21

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
    DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
    DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. On the date of 2/21/21 I was assaulted by two offenders in AHU of phase 1 side of the facility only two dorms being occupied on this side AHU (a Restrictive Housing Unit) AS (Administrative Seg) EHU (Kitchen dorm at the time.) Also another segregated dorm as well (SHU) so three. Well I was assaulted by the offenders I was beat with a mop bucket then my ear was chewed off after getting beat almost lifeless by both offenders with the Mopbucket. (Left ear) SGT Holt and officer Williams did nothing to intervene or stop the attack they did nothing reasonable.

2. They knew the two offenders were violent and the AHU/RHU/AS is a hostile and violent environment. Per policy (02-01-111) it states that AHU are for offender that are posing a threat to general population, to property, life, self, staff, or other offenders and security of operations of the facility, No group recreation

Claims and Facts (continued)

Offenders must by restrained (including leg restraints) escorted by staff to recreation area. Anytime offenders are moved from cell they shall be restrained and escorted by staff. Neither SGT Holt or officer Williams followed this policy and Warden Hyatte did not enforce this policy for this dormitory. RHU(AS). SGT Hensley, Officer Williams and Officer Risch are yard officers (J-bracket) for phase 1 and all know AHU is violent and signals get called regularly in this dorm and none of them reacted in timely or reasonable manner to the assault. SGT stated she wasn't going to pick my ear off the ground in dirty mop water, it wasn't until medical asked were is his ear then retrieved s. By time they arrived both offender were secured and there cells and the assault/attack was over. The one who chewed my ear off had just attacked the offender that was in my cell before me (109/110). Officers knew this, they knew he was dangerous and violent offender I could possible and was in danger in that same cell (Damar Mcleod) was the last offender in that cell before me who got assaulted as from my same city Ft. Wayne IN. Also there was a national guard their with Officer Williams and SGT Holt during my attack. (John Doe)

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

4. Per policy (02-01-111) it states that (ARSHU) staff will make sure that it is a clean, safe enviroment for offenders and staff, A minimum of (1) one staff member is to stand post during recreation to monitor offender behavior. I was in (AS) under investigation pc DII for a write up (conduct) that was overturned. By none of these staff members <u>NOT</u> following policy shows a deliberate indifference violating my eigth amendment safety and security, also cruel and unsual punishment to sit there and watch me get my ear chewed off and Encourage in a way like it amused you, and SGT Hensley stating I'm not touching that "thing" like it was not my ear. Then SGT Holt making Jokes calling me Picasso comparing when his ear was cut off by his barber of some sort laughing as he told me the story like this was not my ear that just got maimed off on your watch. Also entire incident (attack) is on camera.

5. SGT Hensley stated in my grievance I was able to get my ear reattached which is a lie, I wasn't. I no longer have a left ear and disfigurement I have to live with for the rest of my life. Also a third offender was in my cell (109/110) stealing my personal items during my attack, and same offender who assaulted Mr. Mchood as well.

Pro Se 14 (INND Rev. 2/20) page 4

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ☑ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ☑ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?  ○ No, this event is not greivable at this prison or jail.
   ☑ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was greivable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Pay restitution, surgery, (2.5 million) hospital bills, therapy, and to be terminated from the D.O.C permanently. Hearing test everything.

[Initial Each Statement]
   ✓ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   ✓ I will keep a copy of this complaint for my records.
   ✓ I will promptly notify the court of any change of address.
   ✓ I WILL NOT send more than one copy of any filing to the court.
   ✓ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   ✓ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on __3__/__8__/20__22__ at __12:00__ am/pm
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                    BM 267288
Signature                                    Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]